IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Leesa C. Watson, | ) | C/A No.: 3:10-1727-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PRG Real Estate Management, Inc., | ) | **ORDER** |
| Franklin Pineridge Associates, and | ) | |
| Nayeli Lozada, individually and in her | ) | |
| representative capacity, and Karen | ) | |
| Campbell, individually and in her | ) | |
| representative capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the court on the parties' consent motion for remand pursuant to 28 U.S.C. § 1447. The parties agree that certain facts have surfaced in this case, which destroy the complete diversity of citizenship that was thought to exist between the parties, as required by 28 U.S.C. § 1332. Because no federal claims are alleged and because the court may no longer exercise original jurisdiction over this case based on the diversity of citizenship between the parties, it is hereby remanded to the South Carolina State Court for the Fifth Judicial Circuit, Richland County.

IT IS SO ORDERED.

October 22, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge